1

2  Glenn Zuckerman
   **WEITZ & LUXENBERG, PC**
3  700 Broadway
   New York, New York 10003
4  Telephone: 212-558-5000
   Facsimile: 212-344-5461
5  Attorneys for Plaintiffs

6

7

8

9                          UNITED STATES DISTRICT COURT

10                          NORTHERN DISTRICT OF CALIFORNIA

11

12  This Document Relates to:                    )
                                                 )
13  *Donald Whitman, et al. v. Pfizer Inc*       )   **MDL NO. 1699**
    **(06-1350 CRB)**                            )   **District Judge:  Charles R. Breyer**
14                                               )
    *Mildred Hance v. Pfizer Inc, et al.*        )
15  **(06-1718 CRB)**                            )
                                                 )
16  *William Lopez, et al. v. Astra Merck, Inc., et al.* )  **STIPULATION AND ORDER OF**
    **(06-2621 CRB)**                            )   **DISMISSAL WITH PREJUDICE**
17                                               )
    *Rafaela Roman Velez, et al. v. Astra Merck,* )
18  *Inc., et al.*                               )
    **(06-2649 CRB)**                            )
19                                               )
    *Luis R. Carrion Velez, et al. v. Astra Merck,* )
20  *Inc., et al.*                               )
    **(06-2658 CRB)**                            )
21                                               )
    *Teresita Falcon Matos, et al. v. Astra Merck,* )
22  *Inc., et al.*                               )
    **(06-2660 CRB)**                            )
23                                               )
    *Ronny Maria Sanders, et al. v. Pfizer Inc*  )
24  **(06-2681 CRB)**                            )
                                                 )
25  *Lori Sargent et al. v. Pfizer Inc*          )
    **(06-3675 CRB)**                            )
26                                               )
    *James Hall, et al. v. Pfizer Inc*           )
27  **(06-3676 CRB)**                            )
                                                 )
28  *John Hayhurst v. Pfizer Inc, et al.*        )

                                       -1-

EAST\42581180.1

1    (06-3758 CRB)                                        )

2    *Bill Casillas, et al. v. Pfizer Inc, et al.*        )
     (06-3958 CRB)                                        )
3                                                         )
     *Patricia Knudsen v. Pfizer Inc, et al.*             )
4    (06-4043 CRB)                                        )
                                                          )
5    *Betty Moncrief, et al. v. Pfizer Inc, et al .*      )
     (06-4100 CRB)                                        )
6                                                         )
     *Annette Edelen, et al. v. Pfizer Inc, et al.*       )
7    (06-4147 CRB)                                        )

8    *Debbie Mitchell v. Pfizer Inc, et al.*              )
     (06-4296 CRB)                                        )
9                                                         )
     *Joseph Gastaldi, et al. v. Pfizer Inc, et al.*      )
10   (06-4362 CRB)                                        )

11   *Demetrio Rubio v. Pfizer Inc, et al.*               )
     (06-4449 CRB)                                        )
12                                                        )
     *Earlene McBride, et al. v. Pfizer Inc, et al.*      )
13   (06-4462 CRB)                                        )

14   *Louis Walkingstick, et al. v. Pfizer Inc, et al.*   )
     (6-4463 CRB)                                         )
15                                                        )
     *Virginia Thorne v. Pfizer Inc, et al.*              )
16   (06-4464 CRB)                                        )

17   *Rojelio Longoria, et al. v. Pfizer Inc, et al.*     )
     (06-4586 CRB)                                        )
18                                                        )
     *Annie White, et al. v. Pfizer Inc, et al.*          )
19   (06-4678 CRB)                                        )

20   *Martha Stevens, et al. v. Pfizer Inc, et al.*       )
     (06-4920 CRB)                                        )
21                                                        )
     *Janette Smith v. Pfizer Inc, et al.*                )
22   (06-4977 CRB)                                        )

23   *Roselie Atkins, et al. v. Pfizer Inc, et al.*       )
     (06-5272 CRB)                                        )
24                                                        )
     *Dawna Garza v. Pfizer Inc, et al.*                  )
25   (06-5416 CRB)                                        )

26   *Ralph Adams, et al. v. Pfizer Inc, et al.*          )
     (06-5591 CRB)                                        )
27                                                        )
     *Albert Leong v. Pfizer Inc, et al.*                 )
28   (06-5666 CRB)                                        )

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42581180.1

| | | |
|---|---|---|
| 1 | | ) |
| 2 | *Catherine Connolly, et al. v. Pfizer Inc, et al.*<br>(06-5738 CRB) | ) |
| 3 | *Randy Masker, et al. v. Pfizer Inc, et al.*<br>(06-5739 CRB) | ) |
| 4 | | ) |
| 5 | *Charlie Rhome, et al. v. Pfizer Inc, et al.*<br>(06-5740 CRB) | ) |
| 6 | *Paulette Balda, et al. v. Pfizer Inc, et al.*<br>(06-5765 CRB) | ) |
| 7 | | ) |
| 8 | *William Halpin, et al. v. Pfizer Inc, et al.*<br>(06-5777 CRB) | ) |
| 9 | *Patricia Howard, et al. v. Pfizer Inc, et al.*<br>(06-5916 CRB) | ) |
| 10 | | ) |
| 11 | *Alice Ryan, et al. v. Pfizer, Inc, et al.*<br>(06-5917 CRB) | ) |
| 12 | *William Coleman, et al. v. Pfizer Inc, et al.*<br>(06-5918 CRB) | ) |
| 13 | | ) |
| 14 | *Monica Mittag, et al. v. Pfizer Inc, et al.*<br>(06-5919 CRB) | ) |
| 15 | *Cynthia Smith, et al. v. Pfizer Inc, et al.*<br>(06-5963 CRB) | ) |
| 16 | | ) |
| 17 | *John Roof v. Pfizer Inc, et al.*<br>(06-5964 CRB) | ) |
| 18 | *Lynda Jack, et al. v. Pfizer Inc, et al.*<br>(06-5965 CRB) | ) |
| 19 | | ) |
| 20 | *Ernest Grant v. Pfizer Inc, et al.*<br>(06-5970 CRB) | ) |
| 21 | *Alice L. Pettit, et al. v. Pfizer Inc, et al.*<br>(06-5973 CRB) | ) |
| 22 | | ) |
| 23 | *Wade Smith, et al. v. Pfizer Inc, et al.*<br>(06-5975 CRB) | ) |
| 24 | *Richard Gilmore, et al. v. Pfizer Inc, et al.*<br>(06-5977 CRB) | ) |
| 25 | | ) |
| 26 | *Sergio Estrada v. Pfizer Inc, et al.*<br>(06-5978 CRB) | ) |
| 27 | *John Vallee, et al. v. Pfizer Inc, et al.*<br>(06-5981 CRB) | ) |
| 28 | | ) |

-3-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EASTW2581180.1

1 | *Betty Scott, et al. v. Pfizer Inc, et al.* )
    *(06-5983 CRB)* )
2 |  )
3 | *Norman Hamblen, et al. v. Pfizer Inc, et al.* )
    *(06-6058 CRB)* )
4 | *Dennis Johns, et al. v. Pfizer Inc, et al.* )
    *(06-6059 CRB)* )
5 |  )
6 | *Marion Walker, et al. v. Pfizer Inc, et al.* )
    *(06-6060 CRB)* )
7 | *Bessie R. Jackson-Cook v. Pfizer Inc, et al.* )
    *(06-6061 CRB)* )
8 |  )
9 | *Mary Gonzales, et al. v. Pfizer Inc, et al.* )
    *(06-6062 CRB)* )
10 | *Melvin Kenney, et al. v. Pfizer Inc, et al.* )
     *(06-6064 CRB)* )
11 |  )
12 | *Carol Pellini, et al. v. Pfizer Inc, et al.* )
     *(06-6065 CRB)* )
13 | *Antonio Pratts v. Pfizer Inc, et al.* )
     *(06-6066 CRB)* )
14 |  )
15 | *Mark Childs v. Pfizer Inc, et al.* )
     *(06-6067 CRB)* )
16 | *Mary Helen Johnson, et al. v. Pfizer Inc, et al.* )
     *(06-6068 CRB)* )
17 |  )
18 | *James E. Garver, et al. v. Pfizer Inc, et al.* )
     *(06-6070 CRB)* )
19 | *Tiffany R. Noell, et al. v. Pfizer Inc, et al.* )
     *(06-6071 CRB)* )
20 |  )
21 | *Beth Lehnan, et al. v. Pfizer Inc, et al.* )
     *(06-6073 CRB)* )
22 | *Sharon Payne, et al. v. Pfizer Inc, et al.* )
     *(06-6075 CRB)* )
23 |  )
24 | *Nancy Harsh, et al. v. Pfizer Inc, et al.* )
     *(06-6083 CRB)* )
25 | *Dennis Yeager, et al. v. Pfizer Inc, et al.* )
     *(06-6084 CRB)* )
26 |  )
27 | *Lynda Jack, et al. v. Pfizer, Inc, et al.* )
     *(06-6087 CRB)* )
28 | *Fred Hardee, et al. v. Pfizer Inc, et al.* )

-4-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\2581180.1

1  (06-6088 CRB)                                    )
                                                    )
2  *Lynn Hodges, et al. v. Pfizer Inc, et al.*     )
   (06-6089 CRB)                                    )
3                                                   )
   *Willie Vaughn v. Pfizer Inc, et al.*           )
4  (06-6092 CRB)                                    )
                                                    )
5  *Pauline Swihart, et al. v. Pfizer Inc, et al.* )
   (06-6093 CRB)                                    )
6                                                   )
   *Douglas Horton v. Pfizer Inc, et al.*          )
7  (06-6094 CRB)                                    )
                                                    )
8  *June N. Bell v. Pfizer Inc, et al.*            )
   (06-6095 CRB)                                    )
9                                                   )
   *Jerry Rice, et al. v. Pfizer Inc, et al.*      )
10 (06-6096 CRB)                                    )
                                                    )
11 *Stephen Bryan, et al. v. Pfizer Inc, et al.*   )
   (06-6097 CRB)                                    )
12                                                  )
   *Steven Woods, et al. v. Pfizer Inc, et al.*    )
13 (06-6098 CRB)                                    )
                                                    )
14 *Brad Lovitt, et al. v. Pfizer Inc, et al.*     )
   (06-6116 CRB)                                    )
15                                                  )
   *April Froehlich, et al. v. Pfizer Inc, et al.* )
16 (06-6117 CRB)                                    )

17       Come now all the Plaintiffs in the above-entitled actions and Defendants, by and through

18 the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

19 stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with

20 each side bearing its own attorneys' fees and costs.

21

22

23

24

25

26

27

28

-5-

DATED: 10-29, 2009        By: _____

> **WEITZ & LUXENBERG, PC**
> 700 Broadway
> New York, New York 10003
> Telephone: 212-558-5000
> Facsimile: 212-344-5461
>
> *Attorneys for Plaintiffs*

DATED: Nov. 2, 2009        By: _____

> **DLA PIPER LLP (US)**
> 1251 Avenue of the Americas
> New York, New York 10020
> Telephone: 212-335-4500
> Facsimile: 212-335-4501
>
> *Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: NOV 1 3 2009

Hon. Charles R. Breyer
United States District Court

-6-

PFZR/1035934/112560v.1

EAST\42581180.1